Mark L. Block (SBN 115457)
mblock@wargofrench.com
Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (310) 853-6300
Facsimile: (310) 853-6333

closed

Attorneys for Defendants
JPMORGAN CHASE BANK. N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A. as trustee for Freddie Mac Securities REMIC Trust 2005-S001 (*erroneously sued as "WELLS FARGO BANK, NA, individually and as successor by merger to AMERICA'S SERVICING COMPANY, a National Association"*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELYUTH TATAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NA, individually and as successor by merger to AMERICA'S SERVICING COMPANY, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; JP MORGAN CHASE BANK, NA, a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. SACV12-01194 JFW (FFMx)<br><br>**JUDGMENT OF DISMISSAL**<br><br>Hon. John F. Walter |

//

JUDGMENT

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

On September 27, 2012, the Court entered an Order [D.E. # 12] on Defendants JPMorgan Chase Bank N.A., Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A. as Trustee's (collectively "Defendants") Motion to Dismiss the Complaint filed in this action by Plaintiff Elyuth Tatar ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court's Order granted Defendants' Motion in its entirety and ordered the dismissal of the Complaint with prejudice.

Accordingly, pursuant to the Court's September 27, 2012 Order:

IT IS HEREBY ADJUDGED THAT the Complaint is dismissed with prejudice as to Defendants, that Plaintiff shall take nothing from her Complaint as to Defendants, and that judgment is entered for Defendants and against Plaintiff.

Dated: November 5, 2012

_____
Hon. John F. Walter

JUDGMENT